# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2242
LT Case No. 2022-CA-000820

_____

DREES HOMES of FLORIDA, INC.,

    Appellant,

    v.

JUAN R. LOPEZ and CARMEN M.
LOPEZ,

    Appellees.

_____

On appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Barry B. Ansbacher, and Michael C. Feinberg, of Ansbacher Law,
Jacksonville, for Appellant.

Joshua E. Burnett, Carlos M. Alvarez, and Mackenzie F. Rocha,
of Burnett Law, P.A., Tampa, for Appellees.

July 16, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____